United States District Court Northern District of New York

Prinal Khaliel Paul 05002328 Plantiff

Vs

Sheriff Sergeant Eric Johnson of Onondaga County Justice Center Lieutenant Jason Jarvis, Deputy Conor Hanvaer SFRT T.L Deputy Alton Apples SFRT #4, Deputy Ryan Whitmore SFRT #1 Deputy Joseph Lee SFRT # EQV, Deputy Randall Sanderson Sworn Staff, Deputy Jameer Bryant-Sworn Staff, Deputy Williams Burns SFRT #3 DEFENDANTS

Civil Action No

Complaint

Jurisdiction and Avenue

1) This is a civil action authorized by 42 U.S.C section 1983 to redress the deprivation, under color of state law, of right secured by the Constitution of the United States. The court has jurisdiction under 28. U.S.C Section 1331 and 1343 (a) (3). Plaintiff Paul seeks declaratory relief pursuant to 28 U.S.C Section 2201 and 2202. Plaintiff Paul's claims for injunctive relief are authorized by 28 U.S.C. Sections 2283 and 2284 and Rule 65 of the federal Rules of Civil Procedure

2) The Northern District of New York is an appropiate venue under 28 USC Section 1391 (b)(2) because it is where the events giving rise to this claim occurred

Plaintiff

3) Plaintiff Prinal R Paul is and was at all times mentioned herein a prisoner of the state of New York in the custody of New York State Onondaga County Jail He is currently confined to

Onondaga County Jail Inmate Page of

DEFENDANTS

4) Defendant Jason Jarvis is the Lieutenant of the New York State County Jail | Onondaga County Jail who at all times mentioned in this complaint held the rank of ~~Prison guard~~ Lieutenant Deputy Sheriff was assigned to New York State Onondaga County Jail

5) Defendant Eric Johnson is a Deputy Sheriff Sergeant of the Onondaga County Jail who at all times mentioned in this complaint held the rank of Sergeant Deputy Supervisor was assigned to New York State Onondaga County Jail

6) Defendant Conor Hanvaer SERT TL is a Deputy of the New York State Onondaga County Jail who at all times mentioned in this complaint held Deputy SERT Team leader was assigned to New York State Onondaga County Jail

7) Defendant Alton Apples SERT #4 is a Deputy of the New York state Onondaga County Jail who at all times mentioned In this complaint held Deputy SERT Team #4 was assigned to New York State Onondaga County Jail

8) Defendant Ryan Whitmore SERT #1 is a deputy of the New York state Onondaga County Jail who at all times mentioned in this complaint held Deputy SERT #1 was assigned to New York State Onondaga County Jail

9) Defendant Joseph Lee SERT + EQU is a Deputy of the New York State Onondaga County Jail who at all times mentioned in this complaint held deputy EQU was assigned to New York State Onond County Jail

(3)

(10) Defendant Deputy Randall Sanderson is the Deputy Sheriff of the New York State County Jail Onondaga County Jail who at all times mentioned in this complaint held the rank of Deputy was assigned to new york State Onondaga County Jail

(11) Defendant Jameer Bryant is the Deputy of the New York State Onondaga County Jail who at all times mentioned in this complaint held the rank of deputy was assigned to New york State Onondaga County Jail

(12) Defendant Williams Burns is the Deputy of the New York State Onondaga County Jail who at all times mentioned in this complaint held the rank of Deputy was assigned to new york State onondaga County Jail

(13) Each defendant is sued individually and in his own official capacity. At All times mentioned in this complaint each defendant acted under the color of state law

FACTS

(14) On June, 4, 2023 Defendants Deputy Conor Hanver SERT TL, Deputy Alton Apples SERT #4 Deputy Ryan Whitmore SERT #1, Deputy Williams



Burns came on A refusal to lock in / breach of security call where A Deputy Micheal Martinez handcuffed by his self I showed no threat also present Sergeant Eric Johnson Lieutenant Jason Jarvis, Deputy Joseph Lee SERT # EQU Deputy Randall Sanderson Sworn Staff, Deputy Jameer Bryant Sworn Staff but I know that these Sheriff Deputies partook / or didnt stop the gang assault I

on 6-4-2023 events took place

(15) The following happened with these Deputies involved or sat by and did nothing to report it or stop it the Cruel and unusual punishment / gang Assault Involved SERT Members watched and partook turned up gang assault denied me Medical Attention for At least a week SGT Eric Johnson, Lieutenant Jason Jarvis, Deputy Conor Hanauer, Deputy Alton Apples, Deputy Kyan Whitmore, Deputy Joseph Lee, Deputy Randall Sanderson, Deputy Jameer Bryant, Deputy Williams Burns after Deputy Micheal Martinez handcuffed me and went back on his post the Deputies started punching me calling me Retard kicking me slamming injured my shoulder the nurses refused to xray it / knocked one of my teeth out chipped one and fractured another one and spilt my upper eye brow took me to the Box denied me medical attention and lied and said I assault

(3)

ed Deputy Martinez placed me in the box 82 days I was handcuffed behind my back the whole gang assault

on 6-4-2023

(16) The Deputy who was in controll of the handheld camera Deputy Lee stopped or turned the camera away from the assault Lieutenant Jarvis allowed and instructed the Deputies to gang assault Sergeant Eric Johnson denied me to go to medical for 8 days and the Deputy in controll of the camera in the controll center turned the camera away from the area I was being gang assaulted by the Deputies

(17) Legal Claims on-6-4-2023

(17) Defendants Sergeant Johnson, Lieutenant Jason Jarvis Deputy Conor Hanver, Deputy Altin Apples, Deputy Ryan Whitmore, Deputy Joseph Lee, Deputy Randall Sanderson Deputy Jameer Bryant, Deputy Williams Bums partake in gang assaulting me or covered it up or did not partake I was hand cuffed by one Deputy and following all orders Plaintiff Paul was following all orders and handcuffed by one Deputy with no further problems Defendants, Johnson, Jarvis, Hanver, Apples Whitmore, Lee, Sanderson, Bryant, Bums action or

lack thereof violated Plaintiff ~~actions~~ rights under the Eighth amendment to the United States Constitution and caused Plaintiff Paul pain, suffering, physical injury permanent disfigurement and emotional distress.

on 6-4-2023

(18) Defendant, Johnson, Jarvis, Hanauer, Apples, Whitmore, Lee, Sanderson, Bryant, Burns used stood by didn't stop the gangassault and continued to use excessive force against Plaintiff Paul by punching kicking slamming slapping kneeing me all over my face and body profusely repeatedly when Paul is not violating any prison rule nor acting disruptively in anyway. The Defendants above action's violated and continues to violate Plaintiff Paul rights under the Eight Amendment to the United states Constitution and is causing Plaintiff Paul pain, suffering, physical injury, and permanent disfiguring and emotional distress

on 6-4-2023

(19) By witnessing Defendant Johnson Hanauer, Apples Whitmore, Lee, Sanderson, Bryant, Burn's illegal action failing to correct the misconduct and encouraging the continuation of the misconduct Defendant Jarvis Jarvis the watch Commander and highest ranking rank present is also violating Plaintiff Paul rights under the Eight Amendment to the United states



Constitution and causing Plaintiff Paul Pain, suffering, physical injury permanent disfigurement and emotional distress.

(20) Plaintiff Paul has no plain adequate or complete remedy at law to redress the wrongs described herein Plaintiff Paul has been and will continue to be irreparably injured by the conducts of the defendant unless this court grants the declaratory and injunctive relief which Plaintiff seeks.

(21) PRAYERS FOR RELIEF

WHEREFORE Plaintiffs respectfully pray that this court enter judgement

(21) Granting Plaintiff Paul a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States and

(22) A Preliminary and permanent injunction ordering defendants Johnson, Jarvis, Hanvaer, Apples, Whitmore, Lee, Sanderson, Bryant, Burns to cease their physical violence and threats towards Plaintiff Paul and

(23) Granting Plaintiff Paul compensatory damages in the amount of $350,000 against each defendant jointly and severally.

(24) Plaintiff Paul seeks compensatory damages of $350,000 against defendants, Johnson, Jarvis, Hanvaer, Apples, Whitmore, Lee, Sanderson, Bryant, Burns only

25) Plaintiff Paul seeks nominal damages and punitive damages in the amount of $150,000. Plaintiff Paul seeks these damages against each defendant, jointly and severally. Plaintiff Paul seeks damages.

26) Plaintiff also seek a jury trial on all issues triable by jury

27) Plaintiff also seek recovery of their cost in this suit and Any additional relief this court deems proper and equitable

Dated November, 27, 2024

Respectfully submitted Prinell Paul #05002328
Onondaga County Jamesville Jail
6660 East Seneca Turnpike
Jamesville, New York 13078

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct

Executed At Jamesville, New York 13078

Prinell R Paul 05002328

Name: Prinell R Pad 0500322[illegible]

6660 E. Seneca Turnpike

Jamesville, New York 13078

SYRACUSE NY 130

29 NOV 2024 PM 2 L

RECEIVED

DEC - 2 2024

JOHN M. DOMURAD, CLERK

James Hanley Building

US District Court, Northern District of new york

US Court House and Federal Building

PO Box 7367

Syracuse, NEw york

13261

736767

Name: Prinell R Paul 05C0238 Unit 2-31
6660 E. Seneca Turnpike
Jamesville, New York 13078

SYRACUSE NY 13220
NOV 29
FOREVER / USA

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
DEC - 2 2024
RECEIVED

James Hanley Building
US District Court, Northern District of New York
US Court House and Federal Building
P.O. Box 7367
Syracuse, New York
13261